IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEREK AND ZELMA EMRIE,     ) | |
| ) | |
| Plaintiffs,     ) | |
| ) | CIVIL ACTION |
| v.     ) | FILE NO. 4:13-cv-01410-SNLJ |
| ) | |
| CLIENT SERVICES, INC.,     ) | |
| ) | |
| Defendant.     ) | |
| _____) | |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

NOW COME PLAINTIFFS, by and through their attorney, Anthony LaCroix, pursuant to Federal Rule of Civil Procedure 68 and hereby accept Defendant Client Services, Inc.'s offer of judgment in the amount of $3,500.00, which is attached hereto as Exhibit A. The issue of attorney fees and court costs remains pending.

Dated: December 2, 2013.

                                                  Respectfully submitted,

                                                /s/ Anthony LaCroix
                                                Anthony LaCroix
                                                LaCroix Law Firm, LLC
                                                Bar No.60793
                                                4235 Baltimore Ave.
                                                Kansas City MO 64111
                                                Phone: (816) 399-4380
                                                Facsimile: (866) 565-1327
                                                tony@lacroixlawkc.com
                                                *Lead Counsel for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I certify that on December 2, 2013, a true and correct copy of Plaintiffs' Notice of Acceptance of Offer of Judgment was filed with the Clerk of the U.S. District Court for the Eastern District of Missouri using the CM/ECF system of the Court. Copy of the foregoing was served on Defendant, Client Services, Inc., through counsel of record below via the Court's CM/ECF system on this 2nd day of December, 2013 as follows:

> Matthew J. Aplington
> The Lowenbaum Partnership, LLC
> 222 South Central, Suite 901
> Clayton, MO 63105
> maplington@lowenbaumlaw.com

> /s/ Anthony LaCroix
> Anthony LaCroix