IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| DEREK EMRIE and ZELMA EMRIE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:13-cv-01410-SNLJ |
| | ) | |
| CLIENT SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## OFFER OF JUDGMENT

TO:  Anthony LaCroix
     LaCroix Law Firm, LLC
     4235 Baltimore Ave.
     Kansas City, MO 64111
     816-399-4380
     tony@lacroixlawkc.com

with a copy to:

Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

**COUNSEL FOR PLAINTIFFS**

Defendant Client Services, Inc. ("Defendant") hereby offers to allow entry of judgment to be taken against it pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: a judgment in favor of plaintiffs Derek Emrie and Zelma Emrie ("Plaintiffs") and against Defendant in the sum of $3,500.00 (Three Thousand, Five Hundred Dollars) plus reasonable attorneys' fees and costs incurred by Plaintiff to date (to be determined by agreement of the parties or, if no agreement is reached, then by the Court). This shall be the total amount to be paid by Defendant on account of any liability claimed in this action.

If Plaintiffs do not accept this offer, they may become obligated to pay Defendant's fees and costs incurred after the making of this offer and their attorneys' fees recoverable from Defendant may be capped as of today.

To accept this offer, Plaintiffs must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made.

This offer is not an admission of liability by Defendant, but rather is made solely for the purpose of compromising a disputed claim.

Respectfully Submitted,

_____
Matthew J. Aplington, #58565MO
The Lowenbaum Partnership, LLC
222 South Central Avenue, Suite 901
St. Louis, MO 63105
(314) 746-4828 - Direct
(314) 746-4848 - Facsimile
maplington@lowenbaumlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 18th day of November, 2013, served a true and correct copy of the foregoing via U.S. Mail upon the following counsel of record:

Anthony LaCroix
LaCroix Law Firm, LLC
4235 Baltimore Ave.
Kansas City, MO 64111
816-399-4380
tony@lacroixlawkc.com

with a copy to:

Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

COUNSEL FOR PLAINTIFFS

_____

2