IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEREK AND ZELMA EMRIE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO. 4:13-cv-01410-SNLJ |
| ) | |
| CLIENT SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiffs hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiffs request the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiffs not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiffs request the Court dismiss this case with prejudice at that time.

Dated: December 9, 2013.

                                                                   Respectfully submitted,

                                                                   /s/ Anthony LaCroix
                                                                   Anthony LaCroix
                                                                   LaCroix Law Firm, LLC
                                                                   Bar No.60793
                                                                   4235 Baltimore Ave.
                                                                   Kansas City MO 64111
                                                                   (816) 399-4380
                                                                   tony@lacroixlawkc.com

*Lead Counsel for Plaintiff*
*Co-counsel with Weisberg & Meyers, LLC*

**Correspondence Address:**

Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

## CERTIFICATE OF SERVICE

I certify that on December 9, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court, Eastern District of Missouri, Eastern Division using the electronic case filing system of the court. Notification of the foregoing was sent via the Court's ECF system on December 9, 2013 to:

Matthew J. Aplington
The Lowenbaum Partnership, LLC
222 South Central, Suite 901
Clayton MO 63105

/s/ Lydia Bultemeyer
Lydia Bultemeyer