IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEREK AND ZELMA EMRIE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO. 4:13-cv-01410-SNLJ |
| ) | |
| CLIENT SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**<u>JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

COME now all parties in the above titled action and represent to the Court that this matter, regarding Plaintiffs' claims against Defendant, has been settled amicably, and would request an entry of Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees.

Dated this 24th day of December, 2013.

/s/ Anthony LaCroix
Anthony LaCroix                           /s/ Matthew J. Aplington -with consent
LaCroix Law Firm, LLC                     Matthew J. Aplington
Bar No.60793                              The Lowenbaum Partnership, LLC
4235 Baltimore Ave.                       222 South Central, Suite 901
Kansas City MO 64111                      Clayton MO 63105
(816) 399-4380                            (314) 863-0092
tony@lacroixlawkc.com                     (314) 746-4848
Lead Counsel for Plaintiffs               maplington@lowenbaumlaw.com

Co-counsel with Weisberg & Meyers, LLC

Correspondence Address:
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

1

## CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL

I, Anthony LaCroix, certify that a true and correct copy of the foregoing Notice was served via electronic mail on the following: Matthew J. Aplington, at maplington@lowenbaumlaw.com, on December 24, 2013.

/s/ Anthony LaCroix
Anthony LaCroix
LaCroix Law Firm, LLC
Bar No.60793
4235 Baltimore Ave.
Kansas City MO 64111
(816) 399-4380
tony@lacroixlawkc.com